COPY

73,133-03,04

José Alvarado
#1565198
Ramsey One Unit
1100 FM 655 Rd.
Rosharon, TX. 77583

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 3 1 2015

Abel Acosta, Clerk

RE: Alvarado v. Texas

TXCRA No. WR-73,133-03

Dear Mr. Alvarado:

The above-entitled petition for writ of certiorari was originally postmarked January 16, 2015 and received again on July 14, 2015. The papers are returned for the following reason(s):

The petition fails to comply with the content requirements of Rule 14, in that the petition does not contain:

The jurisdictional statement must clearly state the lower court decisions that the petition is seeking review of. Rule 14.1(e).

Please correct and resubmit as soon as possible. Unless the petition is submitted to this Office in corrected form within 60 days of the date of this letter, the petition will not be filed. Rule 14.5

A copy of the corrected petition must be served on opposing counsel.

When making the required corrections to a petition, no change to the substance of the Petition may be made.

Sincerely,
Scott S. Harris, Clerk
By: His signature
Jacob C. Travers
(202) 479-3039

Enclosures

COPY

From: José Alvarado, Petitioner Pro Se.
TDCJ# 1565198
Ramsey One Unit
1100 FM.655 Rd.
Rosharon, TX. 77583

July 28th, 2015

To: The Office Of The Clerk Of The
United States Supreme Court
Washington, D.C. 20543-0001
RE: Alvarado v. Texas
Tr, Ct. No. 2008-CRS-589-D4
TXCRA No. WR-73,133-03, AND, 04.

Dear Mr. Jacob C. Travers, Clerk of the U.S. Supreme Court, thank you for your letter, In response to your letter requesting me to correct the petition's "Jurisdictional Statement", page #2 on the petition, stating the lower courts decisions in that the PETITION is seeking review of: RULE 14.1 (e) of Supreme Court. And dates to be reviewed,

"Has been corrected, and one copy was served on the opposing counsel."

"No change of the substance was made, exactly as requested on your letter."

Now, I hope that everything is right, so my claims as remedy to correct my State and Federal rights can be taken in consideration, and be able to receive a "full and fair litigation" as it was interpreted by the Fifth Circuit Court because of a 106th, District Court's unfair and wrongful conviction,

for your time, "Thank you very much," sincerely: Jose Alvarado Petitioner Pro Se
TDCJ# 1565198

Corrected and :
Executed and placed in U.S, Mail box on this the 28th, day of July 2015.

JURISDICTIONAL STATEMENT *Ex parte Alvarado No. WR-73,133-03, and 04*

RULE 14.1 (e):

(i) [:] The date of the order for "full and fair litigation" sought to be reviewed was entered <u>AUGUST 18, 2014.</u>

THE PETITION, INCORPORATED BY REFERENCE AS IF FULLY PRINTED HERE, IS FILED UNDER THIS COURT'S RULE 11.

On May 14, 2007., Petitioner Alvarado was unlawfully arrested in retaliation; On September 10, 2008., Untimely indicted; And on January 28, 2009., In a bench trial, the trial court abused its discretion, use<sup>ing</sup> a perjured testimony and convicted him of indecency with a child by contact F2, and sentence him to 11 years in prison. In a plea of not guilty, the 406th, Court's erroneous decision, intentionally destroyed Petitioner's innocence. Rule 11 applies.

(ii) [:] There were, no orders respecting rehearing/nor orders granting an extention of time to file this petition for a writ of certiorari.

(iii) [:] "Petitioner is proceeding in forma pauperis and not presented by counsel". Rule 12.2 applies.

(iv) [:] The statutory provision believed to confer on this Court's jurisdiction is, Rule 10(a) "a United States court of appeals"... sanctioned a departure by a lower court from the accepted and usual course of judicial proceedings, as to call for an exercise of this Court's supervisory power, to wit,... enforcing its-... order for "full and fair litigation". e.g., APP. A.

If it is "ORDERED", it is an "ORDER" for full and fair litigation. e.g., APP. A., P.8.,

On November 19, 2014., The Court of Criminal Appeals ignored that "order", And again on June 10, 2015. e.g., APP. C., And F., State. Court's erroneous decision denying review, resulted in a fundamental miscarriage of justice. e.g., APP. C., Stated, APP. A.

2